IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

MARIA HILL                                                                                                       PLAINTIFF
ADC #709606

V.                                          1:14CV00025 JM/HDY

ARKANSAS, STATE OF *et al*.                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.   Why the record made before the Magistrate Judge is inadequate.

2.   Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Maria Hill, a an Arkansas Department of Correction inmate currently incarcerated at the McPherson Unit, filed a *pro se* complaint on March 25, 2014. On March 27, 2014, the Court entered an order directing Plaintiff to pay the filing and administrative fees, or to file an application for leave to proceed *in forma pauperis*, and to file an amended complaint which identified an appropriate Defendant (docket entry #2). That same order warned Plaintiff that her failure to do so would result in the recommended dismissal of her complaint.

Plaintiff filed an application for leave to proceed *in forma pauperis*, but did not file an amended complaint. On May 1, 2014, the Court entered an order granting Plaintiff's application for leave to proceed *in forma pauperis*, and provided Plaintiff with another 14 days to file the amended complaint as previously ordered. Plaintiff was again warned that her failure to file the amended complaint as ordered would result in the recommended dismissal of her complaint. More than 14 days have passed since that order's entry date, and Plaintiff has not filed an amended complaint as ordered, or otherwise responded to the order. Under these circumstances, the Court concludes that

Plaintiff's complaint should be dismissed for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __20__ day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE